# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL NORDSTROM, | Case No.  ED CV 13-180 MRW |
| Plaintiff, | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: September 26, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin, who recently became the Acting Commissioner, is substituted for her predecessor, Michael J. Astrue.  See Fed. R. Civ. P. 25(d).